UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   EDCV 17-00045-ODW (KS)                                     Date: August 17, 2018

Title    *Eric McCloskey v. J.M. Solorzano et al*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On January 11, 2017, Eric McCloskey ("Plaintiff"), a California state prisoner who is proceeding *pro se* and *in forma pauperis* ("IFP"), filed a civil rights complaint ("Complaint"). (Dkt. No. 1.) On January 19, 2017, the Court dismissed the Complaint with leave to amend and ordered Plaintiff to file a First Amended Complaint. (Dkt. No. 5.) On February 6, 2017, Plaintiff filed a First Amended Complaint (the "FAC") (Dkt. No. 7), which is now the operative complaint in the proceedings.

On May 30, 2017, Defendant Solorzano filed an Answer. (Dkt. No. 13.) On May 31, 2017, the Court issued its Case Management and Scheduling Order governing discovery and pretrial motions. (Dkt. No. 14.) Following the close of discovery, the parties participated in settlement proceedings before United States Magistrate Judge Victor E. Bianchini but were unable to reach an agreement. (Dkt. No. 32.) On June 26, 2018, the Court set October 29, 2018 as the deadline for hearing dispositive motions. (Dkt. No. 36.)

On July 9, 2018, the Court received court mail addressed to Plaintiff returned and marked delivery attempted, address not known. (Dkt. No. 38.) On July 12 and July 16, 2018, the Court received more court mail addressed to Plaintiff that was returned undelivered. (Dkt. Nos. 39-41.) Additionally, an August 17, 2018 search of Plaintiff's name on the online California Department of Corrections and Rehabilitation Inmate Locator yielded no results. *See* CDCR INMATE LOCATOR, https://inmatelocator.cdcr.ca.gov (last visited Aug. 17, 2018).

Local Rule 41-6 states that "[i]f mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."  Accordingly, the Local Rules required Plaintiff to notify the Court in writing of his current address no later than July 24, 2018 – 15 days after the Court first received court mail to Plaintiff returned as undeliverable.  More than three weeks have now passed since Plaintiff's July 24, 2018 deadline, and Plaintiff has not notified the Court of his current address nor otherwise communicated with the Court about his case.

Accordingly, the Court may now recommend dismissal pursuant to Local Rule 41-6 and Federal Rules of Civil Procedure 41.  Nevertheless, in the interests of justice, the Court grants Plaintiff one <u>final</u> opportunity to notify the Court of his current address and participate in the action that he initiated.

Therefore, Plaintiff is ORDERED to show cause **no later than September 7, 2018** why judgment should not be entered in favor of the defense and the action dismissed under Local Rule 41-6 and Rule 41 of the Federal Rules of Civil Procedure.  Plaintiff's response to this OSC <u>must include</u> his current address.  <u>Alternatively</u>, Plaintiff may request the voluntary dismissal of the action with no further consequence.

**Plaintiff is expressly cautioned that his failure to respond to this order will lead the Court to recommend dismissal based on Local Rules 41-6 and Rule 41 of the Federal Rules of Civil Procedure.**

|  | : |
|---|---|
| **Initials of Preparer** | rhw |