JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC MCCLOSKEY, | ) | NO. EDCV 17-00045-ODW (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| J.M. SOLORZANO, et al, | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Dismissing the Complaint, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: September 26, 2018

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE